JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MAJDA CAR, | Case No.  CV 25-10565-GW-ASx |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| MACY'S CREDIT AND CUSTOMER SERVICES, INC., et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

Each party shall bear their own attorneys' fees and costs except as otherwise agreed in the Parties' settlement agreement.

The Court shall retain jurisdiction solely to enforce the terms of the Parties' settlement agreement for a period of ninety (90) days from the entry of the dismissal order.

IT IS SO ORDERED.

Dated: May 6, 2026

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE